IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DENNIS WILSON                          :
                                       :        CIVIL ACTION
        v.                             :
                                       :        NO. 20-5003
WARDEN, FDC PHILADELPHIA               :

## ORDER

**AND NOW**, this 23rd day of June 2021, upon consideration of the *Pro Se* Application

for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1), filed by Dennis Wilson, it is

**ORDERED** that the Application is **DENIED** for the reasons stated in the accompanying

Memorandum and the Application is **DISMISSED with prejudice**.

   **IT IS SO ORDERED.**

                                BY THE COURT:


                                */s/ R. Barclay Surrick*
                                **R. BARCLAY SURRICK, J.**